# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00459-CV

**Ganis Credit Corporation, Appellant**

**v.**

**Richard Jones, Appellee**

**FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
NO. 24,410, HONORABLE REVA TOWSLEE CORBETT, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Ganis Credit Mortgage has filed a motion to dismiss this appeal asserting that it no longer desires to prosecute this appeal.  We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:   November 1, 2006